

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00268-CV

**BROADWAY LONE STAR LTD** and West Loop Mitsubishi,
Appellants

v.

**VITESCO TECHNOLOGIES USA, LLC** and Continental Automotive Systems, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI07142
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the motion to dismiss filed by Appellants Broadway Lone Star Ltd and West Loop Mitsubishi is GRANTED, and their appeal is DISMISSED. Costs of appeal associated with the appeal of Appellants Broadway Lone Star Ltd and West Loop Mitsubishi are taxed against Appellants Broadway Lone Star Ltd and West Loop Mitsubishi. *See* TEX. R. APP. P. 42.1(d).

SIGNED November 5, 2025.

_____
Adrian A. Spears II, Justice